IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| GEORGE L. SCHWEITZER,<br><br>Plaintiff,<br><br><br>vs.<br><br><br>LNU, et al.,<br><br>Defendants. | ORDER ADOPTING REPORT<br>AND RECOMMENDATION<br><br><br><br><br>Case No. 2:13-CV-179<br><br>Judge Dee Benson |

Before the court is the Report and Recommendation issued by United States Magistrate Judge Brooke C. Wells on February 7, 2014, recommending that: (1) Defendant Jon Skelly's Motion to Dismiss be granted; (2) Defendant Nicholas LaFeber's Motion to Dismiss for Lack of Subject Matter Jurisdiction be granted; (3) Defendant Karen Erb's Motion to Dismiss for Lack of Jurisdiction be granted; and (4) Plaintiff's Motion to Compel Defendant to Provide Competent Medical Treatment be denied or deemed moot based upon the court's recommendation that the case be dismissed.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. On February 21, 2014, Plaintiff filed a "Memorandum Appeal," which the court assumes is intended as an objection to the

Magistrate Judge's Report and Recommendation.

Having reviewed all relevant materials, including Plaintiff's "Memorandum Appeal," and the reasoning set forth in the Magistrate Judge's Report and Recommendation, the court ADOPTS the Report and Recommendation. Accordingly, the court hereby ORDERS follows:

1. Defendant Jon Skelly's Motion to Dismiss is GRANTED;

2. Defendant Nicholas LaFeber's Motion to Dismiss for Lack of Subject Matter Jurisdiction is GRANTED;

3. Defendant Karen Erb's Motion to Dismiss for Lack of Jurisdiction is GRANTED;

4. Plaintiff's Motion to Compel Defendant to Provide Competent Medical Treatment is MOOT.

DATED this 24th day of February, 2014.

_____
Dee Benson
United States District Judge

2